**Marquis Aurbach Coffing**
PHILLIP S. AURBACH, ESQ.
Nevada Bar No. 1501
DAVID T. DUNCAN, ESQ.
Nevada Bar No. 9546
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
dduncan@maclaw.com
bhardy@maclaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEMPLETON DEVELOPMENT CORPORATION, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERWEST CAPITAL CORPORATION, a California corporation,<br><br>    Defendant. | Case No.:  2:11-cv-01622-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Templeton Development Corporation and Defendant Interwest Capital Corporation that the above entitled action is hereby dismissed with prejudice pursuant to the terms of a settlement between the parties each party to bear its own attorneys fees and costs.

| MARQUIS AURBACH COFFING | SNELL & WILMER LLP |
|---|---|
| By: /s/ Brian R. Hardy<br>Phillip S. Aurbach, Esq.<br>Nevada Bar No. 1501<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney(s) for Plaintiff | By: _____<br>Robert R. Kinas, Esq.<br>Nevada Bar No. 6019<br>Mark E. Konrad, Esq.<br>Nevada Bar No. 4462<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Attorney for Defendant |

M&A:08371-067 1475673_1.DOC 2/6/2012 3:41 PM

**ORDER**

IT IS SO ORDERED that the above-entitled matter shall be dismissed with prejudice each party to bear its own attorney fees and costs.

**DATED** this 7th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

MARQUIS AURBACH COFFING

/s/ Brian R. Hardy
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney(s) for Plaintiff

M&A:08371-067 1475673_1.DOC 2/6/2012 3:41 PM